# Court of Appeals
# of the State of Georgia

ATLANTA, February 20, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0958. ANTHONY DEREEF v. THE STATE.**

Anthony Dereef pleaded guilty to trafficking in cocaine. On May 25, 2010, he was sentenced to 30 years with the first 25 years to be served in confinement. On August 6, 2012, the trial court entered its order denying Dereef's motion to correct/vacate void judgment, and Dereef filed a pro se notice of appeal therefrom on Friday, September 7, 2012, 32 days later.

We lack jurisdiction. To be timely, a notice of appeal must be filed within 30 days after entry of the order on appeal.[1] See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Accordingly, Dereef's appeal is DISMISSED as untimely.

---

[1] Although Dereef contends that his notice of appeal was placed in the mailbox before the 30-day deadline, the "mailbox" rule "does not exempt a pro se prisoner from complying with the statutory requirements to file a timely notice of appeal in any non-habeas criminal or civil filing." (Punctuation omitted.) *Jackson v. State*, 313 Ga. App. 483, 484 (722 SE2d 80) (2011).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 02/20/2013
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*